**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro ROBLES–SERRATO,**
**Defendant–Appellant.**

**No. 08–10165.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 19, 2009.

John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Pedro Serrato–Robles, Phoenix, AZ, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

### MEMORANDUM **

Pedro Robles–Serrato appeals from his guilty-plea conviction and 78–month sentence imposed for illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Robles–Serrato's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.